IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALPHONSO SARAVIA
a/k/a ALPHONSO S. MACHUCA,

    Petitioner,

v.                                                      CASE NO. 4:07-cv-00119-MP-EMT

WALTER A. McNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 30, Motion to Extend Time to File an Objection. Petitioner seeks a 60-day extension of time to file an objection to the Magistrate's Report and Recommendation, Doc. 28, which recommends that Petitioner's petition for writ of habeas corpus be denied. In light of Petitioner's *pro se* status and upon consideration of the representations in Petitioner's motion, the motion at Doc. 30 is GRANTED. Petitioner has until Wednesday, December 24, 2008, to file his objection.

**DONE AND ORDERED** this   *4th*   day of November, 2008

                                        *s/Maurice M. Paul*
                                 Maurice M. Paul, Senior District Judge